■ ANTHONY FITZGIBBONS, Appellant, v NEW YORK STATE UNIVERSITY CONSTRUCTION FUND, Respondent. (Appeal No. 2.) —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan*

*Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Set Aside Verdict.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.